1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN 111500)
2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
   Fax: (415) 434-1370

5  Attorneys for Defendant
   TRANSAMERICA OCCIDENTAL
6  LIFE INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11

12 | OLIVIA SPANGLE-ROSE,              ) Case No.: 08-cv-00828-WBS-CMK
                                       )
13 |             Plaintiff,             ) **STIPULATION EXTENDING**
                                       ) **DEFENDANT TRANSAMERICA'S TIME**
14 |      vs.                           ) **TO RESPOND TO COMPLAINT**
                                       )
15 | TRANSAMERICA OCCIDENTAL LIFE       )
   | INSURANCE COMPANY, COLLINS PINE   )
16 | COMPANY, and and DOES 1-50, inclusive, )
                                       )
17 |             Defendants.            )
                                       )
18

19

20

21

22

23

24

25

26

27

28

---
STIPULATION EXTENDING DEFENDANT TRANSAMERICA'S TIME TO RESPOND TO COMPLAINT
                                                   CASE NO. 08-cv-00828-WBS-CMK

349935.1

**STIPULATION**

Pursuant to Local Rule 6-144(a), plaintiff Olivia Spangle-Rose ("plaintiff") and defendant Transamerica Occidental Life Insurance Company ("Transamerica"), by and through their respective counsel, hereby stipulate and agree that Transamerica may have a 15-day extension of time, to and including May 13, 2008, to answer, move to dismiss, or otherwise plead in response to the complaint filed by plaintiff.  No previous extensions have been obtained or sought.

LAW OFFICES OF EUGENE B. CHITTOCK

Date: April 30, 2008                    By_____/s/_____
                                                James Schacht
                                             Attorneys for Plaintiff
                                             OLIVIA SPANGLE-ROSE

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date: April 30, 2008                    By____/s/_____
                                                Laura E. Fannon
                                            Attorneys for Defendant
                                         TRANSAMERICA OCCIDENTAL
                                           LIFE INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**

Dated:  April 30, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE